# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Salmon v. Blesser | USCA DOCKET NUMBER:<br>14-1993-cv | COUNSEL'S NAME:<br>Keith F. Schockmel |
| | DISTRICT/AGENCY:<br>NDNY (Albany) | COUNSEL'S ADDRESS:<br>4 Atrium Drive, Suite 290<br>Albany, NY 12205 |
| | DISTRICT/AGENCY NUMBER:<br>13-cv-1037 | DATE:<br>September 10, 2015 |

Counsel for
Plaintiff-Appellant
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendants-Appellees
and in favor of
Plaintiff-Appellant
for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | $505 |
| Costs of printing appendix (necessary copies 7 ) | $34.75 |
| Costs of printing brief (necessary copies 8 ) | $46.40 |
| Costs of printing reply brief (necessary copies 8 ) | $41.28 |

**(VERIFICATION HERE)**

Keith F. Schockmel

Signature

Rev. April, 2011



```
      FedEx Office is your destination
         for printing and shipping.


                110 Wolf Rd
              Albany, NY 12205-1240
               Tel: (518) 482-9094

10/6/2014                10:16:35 AM EST
Team Member: Danny H.
Customer: Keith Schockomel

                    SALE


Brief            Qty 10       46.40

BW 1S Copy/Print      190 @   0.1100 T
  000001 Reg. Price    0.11
Insert Per Piece       10 @   0.1000 T
  000387 Reg. Price    0.10
Strip CardStk Cvr      10 @   2.4500 T
  000444 Reg. Price    2.45

     Price per piece   4.64
     Regular Total    46.40
     Discounts         0.00


Appendix         Qty 5        34.75

BW 1S Copy/Print      200 @   0.1100 T
  000001 Reg. Price    0.11
Insert Per Piece        5 @   0.1000 T
  000387 Reg. Price    0.10
Strip CardStk Cvr       5 @   2.4500 T
  000444 Reg. Price    2.45

     Price per piece   6.95
     Regular Total    34.75
     Discounts         0.00


Sub-Total                     81.15
Tax                            6.49
Deposit                        0.00

Total                         87.64

MasterCard (S)                87.64
     Account:  3044
     Auth: 006404 (A)

     Total Tender             87.64
     Change Due                0.00
```

---

```
                STAPLES
           600 NORTH GREENBUSH RD
            RENSSELAER, NY 12144
                (518) 283-3039
SALE                1714564 5 005 03643
                   0534 01/09/15 06:41
QTY  SKU                     PRICE

     REWARDS NUMBER 1306400928
******* Customer Order 2046185005 *******
9    1/8IN CVRBIND CLASSIC
     676721        2.990ea         26.91
     Your Rewards Price  $2.84     -1.35
9    1-100 BW LTR CARD
     713741        0.210ea          1.89
     Your Rewards Price  $0.199    -0.10
90   1-100 BW LTR PREM
     714009        0.120ea         10.80
     Your Rewards Price  $0.114    -0.54
     Questions on Customer Order 2046185005
     Call Customer Service at 1-800-3STAPLES
     ****************************************
1    CATALOG ENV P&S WH
     718103038737                   4.49
SUBTOTAL                           42.10
     Standard Tax 8.00%             3.37
TOTAL                             $45.47

MasterCard                         45.47
Card No.: XXXXXXXXXXXX3044 [S]
Auth No.: 009564
```